429 A.2d 101

Commonwealth v. Benson a/k/a Pitts, Appellant.

 Submitted June 13, 1980. Vincent M. Lorusso, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, HOFFMAN, and CIRILLO, JJ.*

Judgment of sentence of the court below is affirmed.

* Judge Vincent A. Cirillo of the Court of Common Pleas of Montgomery County, Pennsylvania, is sitting by designation.